UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUSIE SANCHEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-2959-TWT |

## J U D G M E N T

Defendant having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff SUSIE SANCHEZ, against the defendant PORTFOLIO RECOVERY ASSOCIATES LLC, for the sum of $2,001.00, plus reasonable attorney's fees and costs through the date of this offer.

Dated at Atlanta, Georgia, this 19th day of August, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/K. Thornton
K. Thornton, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 19, 2020
James N. Hatten
Clerk of Court

By:  s/K. Thornton
       Deputy Clerk