**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SUSIE SANCHEZ, an individual, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| | ) **Case No.: 1:20-cv-02959-TWT** |
| v. | ) <br> ) **NOTICE OF SETTLEMENT OF** |
| | ) **FEES AND COSTS** |
| PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**NOTICE OF SETTLEMENT OF FEES AND COSTS**

COMES NOW Plaintiff and hereby informs the Court that the parties have settled the question of reasonable attorneys' fees and costs in the above action. The parties are presently drafting, finalizing, and executing the documents to necessary to complete this settlement on fees and costs, and Plaintiff therefore requests on behalf of the parties forty-five (45) days for the finalizing of the settlement on fees and costs in the above matter and the filing of any attendant documents with this Court.

Respectfully submitted this <u>28 August 2020</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

1

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing NOTICE OF SETTLEMENT OF FEES AND COSTS was prepared on a computer, using Times New Roman 14-point font.

**DATED:** <u>28 August 2020</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUSIE SANCHEZ, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case No.: 1:20-cv-02959-TWT-CMS** ) |
| PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company, | ) **CERTIFICATE OF SERVICE** ) ) ) ) |
| Defendant. | ) ) ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned electronically filed NOTICE OF SETTLEMENT OF FEES AND COSTS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John William Nelson (john@nelsonchambers.com)
The Nelson Law Chambers LLC
2180 Satellite Bvd., Suite 400
Duluth, GA 30097
*Attorney for Plaintiff*

Robert E. Sickles, Esq. (robert.sickles@dinsmore.com)
DINSMORE & SHOHL LLP
One Tampa City Center
201 N. Franklin Street, Suite 3050
Tampa, FL 33602
**FOR:** Defendant Portfolio Recovery Associates, LLC

1

Jillian Sandt (**jill@sandtlawllc.com**)
SANDT LAW LLC
P.O. Box 188
Tucker, GA 30085
*Attorney for Plaintiff*

Respectfully submitted this **28 August 2020**.

**THE NELSON LAW CHAMBERS, LLC**

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765